## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Max Stuck

                Plaintiff,

v.                                          Case No.: 1:23−cv−07993
                                               Honorable Andrea R. Wood

Dot Foods, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 15, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: The parties have filed a stipulation and joint request for remand of action to the Circuit Court of Cook County, Illinois [16]. The Court directs the Clerk of Court to remand this matter to the Circuit Court of Cook County, Illinois, County Department, Chancery Division, forthwith. Each party to bear his and its own costs, expenses, and attorneys' fees associated with removal and remand. All pending motions and hearing dates are stricken. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.